IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

| | | |
|---|---|---|
| JOSEPH B. STURZINGER and CAROLYN C. STURZINGER, | ) ) ) | |
| Plaintiffs, | ) ) | TC-MD 110645N |
| v. | ) ) | |
| DEPARTMENT OF REVENUE, State of Oregon, | ) ) ) | |
| Defendant. | ) | **DECISION OF DISMISSAL** |

This matter is before the court on its own motion to dismiss this case for lack of prosecution.

On June 29, 2012, the court sent the parties a Journal Entry instructing Plaintiffs to file a written status report within 14 days of the Journal Entry. The Journal Entry advised that failure to comply with the deadlines set forth therein might result in dismissal of Plaintiffs' appeal. Members of the court's operations team telephoned Plaintiffs on August 1, 2012, and again on August 30, 2012. As of the date of this Decision, Plaintiffs have not responded to the court's Journal Entry or the telephone calls.

Plaintiffs' deadline has passed and the court has not received the Plaintiffs' written status report or any further communication from Plaintiffs. As a consequence, the court finds this matter should be dismissed for lack of prosecution. Now, therefore,

/ / /

/ / /

/ / /

/ / /

IT IS THE DECISION OF THIS COURT that this matter is dismissed.

Dated this ____ day of September 2012.


_____
ALLISON R. BOOMER
MAGISTRATE


*If you want to appeal this Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within <u>60</u> days after the date of the Decision or this Decision becomes final and cannot be changed.*

*This document was signed by Magistrate Allison R. Boomer on September 19, 2012. The Court filed and entered this document on September 19, 2012.*